## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYNTHIA HINES, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHW GROUP, INC. d/b/a CHOICE HOME )<br>WARRANTY, )<br>)<br>Defendant. ) | Case No.: 18-CV-00626 |

## NOTICE OF SETTLEMENT

Plaintiff, CYNTHIA HINES, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED:  December 17, 2018

RESPECTFULLY SUBMITTED,

December 17, 2018

By: /s/ Michael S. Agruss
Michael S. Agruss (ILBA #6281600)
Agruss Law Firm, LLC
4809 N. Ravenswood Ave.
Suite 419
Chicago, Illinois 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com

– and –

Elaine M. Dowling (OBA #14,217)
6801 Broadway Extension, Suite 310
Oklahoma City, OK  73116
Tel:  405-842-8005
Fax:  405-840-6367
dowlinglawoffice@aol.com

## **CERTIFICATE OF SERVICE**

On December 17, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

By: /s/ Michael S. Agruss
Michael S. Agruss