## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYNTHIA HINES,<br><br>        Plaintiff,<br>v.<br><br>CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,<br><br>        Defendant. | Case No.: 18-CV-00626 |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CYNTHIA HINES, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CHW GROUP, INC D/B/A CHOICE HOME WARRANTY.

DATED: February 4, 2019

RESPECTFULLY SUBMITTED,

February 4, 2019

By: /s/ Michael S. Agruss
Michael S. Agruss (ILBA #6281600)
Agruss Law Firm, LLC
4809 N. Ravenswood Ave.
Suite 419
Chicago, Illinois 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com

– and –

Elaine M. Dowling (OBA #14,217)
6801 Broadway Extension, Suite 310
Oklahoma City, OK  73116
Tel:  405-842-8005
Fax:  405-840-6367
dowlinglawoffice@aol.com

## **CERTIFICATE OF SERVICE**

      On February 4, 2019, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

                                       By: /s/ Michael S. Agruss
                                             Michael S. Agruss